UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Navneet Gandhi                    ,

Plaintiff(s),

v.

National Credit Systems, Inc.    ,

Defendant(s).

CRB
Case No. 3:25-CV-10220-~~PHK~~

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John Whitney Bowdich____, an active member in good standing of the bar of the State of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: National Credit Systems, Inc.____ in the above-entitled action. My local co-counsel in this case is Jeffrey Alan Paris_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 113527_____.

8150 N. Central Expy., Suite 500, Dallas,
MY ADDRESS OF RECORD

424 Pico Blvd, Santa Monica, California 90405
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(214) 307-9500
MY TELEPHONE # OF RECORD

(310) 392-8722
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jbowdich@bowdichlaw.com
MY EMAIL ADDRESS OF RECORD

Jeffreyp@parisandparis.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00796233 TX__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03-30-2026

John Whitney Bowdich
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Whitney Bowdich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 31, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2